# EXHIBIT 3

Confidential - Subject to Proctective Order

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 3
 4     FELICE DENNISON and KEITH     )
       DENNISON, husband and wife,   )
 5     and as Next Friend of D.D.,   )
       a Minor,                      )
 6                                   )  Civil Action
              Plaintiffs,            )  02:13-CV-00593 CMR
 7                                   )
       vs.                           )
 8                                   )
       PFIZER INC.,                  )
 9                                   )
              Defendant.             )
10
11
         CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
12                         - - -
13              WEDNESDAY, MARCH 5, 2014
14                         - - -
15        VIDEOTAPED DEPOSITION OF BILIANA DARZEV, M.D.,
16    held at 653 North Town Center Drive, Suite 300,
17    Las Vegas, Nevada, commencing at 5:38 p.m., on the
18    above date, before Janet C. Trimmer, NV CCR 864.
19
20                         - - -
21
22
23              GOLKOW TECHNOLOGIES, INC.
24        phone 877.370.3377  I  fax 917-591-5672
25                 deps@golkow.com
```

Golkow Technologies, Inc.                                    Page 1

Confidential - Subject to Proctective Order

```
 1                A P P E A R A N C E S
 2
 3   FOR THE PLAINTIFFS:
 4         REILLY POZNER, LLP
           BY:  JOSEPH J. ZONIES, ESQ.
 5              SHEA SHAVER
           1900 Sixteenth Street
 6         Suite 1700
           Denver, Colorado 80202
 7         (303) 893-6100
           jzonies@rplaw.com
 8         sshaver@rplaw.com
 9
     FOR THE DEFENDANT:
10
           SHOOK, HARDY & BACON, LLP
11         BY:  CHRIS A. JOHNSON, ESQ.
           One Montgomery
12         Suite 2700
           San Francisco, California 94101-4505
13         (415) 544-1900
           cjohnson@shb.com
14
15   For the DEPONENT:
16         BONNE BRIDGES MUELLER O'KEEFE & NICHOLS
           BY:  LAURA LUCERO, ESQ.
17         3441 South Eastern Avenue
           Suite 402
18         Las Vegas, Nevada 89169-3314
           (702) 696-7402
19         llucero@bonnebridges.com
20
21   VIDEOGRAPHER:
22          JIM LOPEZ
23
24   ALSO PRESENT:
25          T.J. LOEBBAKA, Trial Tech Consultant
```

Confidential - Subject to Proctective Order

```
 1      Q.  So I do have that.
 2          Do you know if in '03 or '04 -- let's limit
 3   it to '03.  In 2003, do you know any country that said
 4   Zoloft causes birth defects if taken by pregnant
 5   women?
 6      A.  No.
 7      Q.  Has plaintiffs' counsel shown you any
 8   documents saying any country in 2003 or 2004 had
 9   determined that using Zoloft by pregnant women causes
10   birth defects?
11          MR. ZONIES:  Object to the form.
12          THE WITNESS:  I was shown records.  I don't
13   recall which year those were.
14   BY MR. JOHNSON:
15      Q.  Okay.  Let me -- let me step back a second.
16          Before the deposition today you met with
17   plaintiffs' counsel; is that correct?
18      A.  Correct.
19      Q.  And that was for about a half-hour, would you
20   say?
21      A.  Yes.
22      Q.  Had you talked with them prior to today?
23      A.  No.
24      Q.  Okay.  And they came in and showed you what I
25   understand is a group of documents?
```

Confidential - Subject to Proctective Order

```
 1        A.   Yes.
 2        Q.   Were you provided all of those documents?
 3        A.   I was shown those documents, yes.
 4        Q.   I mean, were you given a copy of those?
 5        A.   No.
 6        Q.   Okay.  Were all of those reviewed in your
 7   exam by plaintiffs' counsel on the record?
 8        A.   Today?
 9        Q.   Yes.  In other words --
10        A.   Yes.
11        Q.   -- everything that they showed you in the
12   meeting did they show on the board today?
13        A.   Yes, they did.
14        Q.   There were -- were there any other documents
15   that they showed to you that weren't -- that they
16   didn't show on the board during your examination on
17   the record?
18        A.   No.
19        Q.   Okay.  So it was just those three exhibits,
20   the U.K. PDR --
21        A.   Ireland, U.K.
22        Q.   Yeah.
23        A.   I -- that's all I recall.
24             What was the third one?
25        Q.   And the medical records.
```

Confidential - Subject to Proctective Order

```
1      A.   And the medical records; correct.
2      Q.   Okay.  The three pages that I hadn't seen
3   before, had you seen those prior to today?
4      A.   No.
5      Q.   Did you receive records from your old
6   practice that's called Canyon Trails?  Is that right?
7      A.   No.  They stayed at Canyon Trails.
8      Q.   Okay.  So prior to today, you hadn't seen any
9   records from Canyon Trails; is that fair?
10     A.   I received records from your office and from
11  plaintiffs' office, and that's how I know my records
12  from Canyon Trails indicate that I saw her.
13          But I did not have those three records faxed
14  to me or e-mailed to me until today.
15     Q.   Okay.  And plaintiffs gave you a copy of
16  those; is that correct?
17     A.   Correct.
18     Q.   Okay.  I should say plaintiffs' counsel.
19  Sorry.
20          So other than the information from '98, you
21  don't have any information that any other country has
22  said -- I'm sorry -- any public health authority in
23  any other country has said that Zoloft causes birth
24  defects in -- if given to pregnant women; correct?
25          MR. ZONIES:  Object to the form.
```

Confidential - Subject to Proctective Order

```
 1          I, the undersigned, a Certified Shorthand
 2   Reporter of the States of Nevada and California,
 3   Registered Professional Reporter, and Certified
 4   Realtime Reporter, do hereby certify:
 5          That the foregoing proceedings were taken
 6   before me at the time and place herein set forth; that
 7   any witnesses in the foregoing proceedings, prior to
 8   testifying, were duly sworn; that a record of the
 9   proceedings was made by me using machine shorthand
10   which was thereafter transcribed under my direction;
11   that the foregoing transcript is a true record of the
12   testimony given.
13          Further, that before completion of the
14   proceedings, review of the transcript was requested.
15           I further certify I am neither financially
16   interested in the action nor a relative or employee
17   of any attorney or party to this action.
18           IN WITNESS WHEREOF, I have this date
19   subscribed my name.
20   Dated:  03-14-2014
21
22
23                          _____
24                          JANET C. TRIMMER, RPR, CRR
                            NV CCR No. 864, CA CSR 4008
25
```